# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00176-CV

**In re Hewitt McLennan, Jr.**

### ORIGINAL PROCEEDING FROM BELL COUNTY

### M E M O R A N D U M   O P I N I O N

This Emergency Petition for Writ of Mandamus is denied.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed: April 1, 2008